# MEMORANDUM DECISIONS

---

## 1

Ex parte Walter ARCHIE. (No. 11079.) Court of Criminal Appeals of Texas. June 22, 1927. Appeal from District Court, Falls County; E. M. Dodson, Judge. C. R. Glass and R. F. Higgins, both of Marlin, for appellant. Sam D. Stinson, State's Atty., and Robt. M. Lyles, Asst. State's Atty., both of Austin, for appellee.

MORROW, P. J. The relator is under indictment for murder. This is an appeal from the order of the district judge refusing bail. We have examined the statement of facts, and find nothing therein which would warrant us in reversing the judgment. The finding of the trial judge, that proof of a capital offense is evident, is supported by the facts adduced. The judgment is affirmed.